**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Jennifer Carall and Eva Ulloa, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

Mercantile Adjustment Bureau, LLC,

Defendant.

Docket No: 2:17-cv-03499-JFB-SIL

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: February 25, 2018

**SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.**

By: ___/s Aaron Easley___
Aaron Easley, Esq.
3 Cross Creek Drive
 Flemington, New Jersey 08822
Tel: (908) 237-1660
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By:___/s Craig B. Sanders___
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 112543
*Attorneys for Plaintiff*