FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 28 2018 ★

LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Jennifer Carall and Eva Ulloa, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

Mercantile Adjustment Bureau, LLC,

Defendant.

Docket No: 2:17-cv-03499-JFB-SIL

### STIPULATION OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: February 25, 2018

| | |
|---|---|
| **SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.** | **BARSHAY SANDERS, PLLC** |
| By: /s Aaron Easley | By: /s Craig B. Sanders |
| Aaron Easley, Esq. | Craig B. Sanders |
| 3 Cross Creek Drive | 100 Garden City Plaza, Suite 500 |
| Flemington, New Jersey 08822 | Garden City, New York 11530 |
| Tel: (908) 237-1660 | Tel. (516) 203-7600 |
| *Attorneys for Defendant* | Email: *ConsumerRights@BarshaySanders.com* |
| | Our File No: 112543 |
| | *Attorneys for Plaintiff* |

The Clerk of the Court shall close the case.

A[SO ORDER]ED

S/ Joseph F. Bianco

Date: Feb. 28, 2018
Central Islip, N.Y.